United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                           Case No. 25-03434-MJC
David Todd Jaeder                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                          Page 1 of 2
Date Rcvd: Dec 29, 2025                  Form ID: ntnew341                    Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Todd Jaeder, 272 Sycamore Drive, East Stroudsburg, PA 18301-8236 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 29 2025 18:44:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 5763141 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2025 18:46:42 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5763142 | | Email/Text: bankruptcy@glsllc.com | Dec 29 2025 18:44:00 | Global Lending Services, LLC, 1200 Brookfield Blvd Ste 300 Suite 300, Greenville, SC 29607 |
| 5763143 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 29 2025 18:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5763144 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 29 2025 18:44:00 | Jefferson Capital Systems, LLC, 200 14th Avenue E, Sartell, MN 56377-4500 |
| 5765271 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2025 18:46:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5763147 | | Email/Text: ml-ebn@missionlane.com | Dec 29 2025 18:44:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30304 |
| 5763145 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2025 18:46:44 | Merrick Bank, PO Box 9201, 10705 S Jordan Gtwy Suite 20, Old Bethpage, NY 11804-9001 |
| 5763146 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 29 2025 18:44:00 | Midland Credit Management, Inc., 320 East Big Beaver Road Suite 300, Troy, MI 48083-1271 |
| 5763148 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 29 2025 18:44:00 | NYS Department of Taxation and Finance, ATTN: Office of Counsel, W A Harriman Campus Building 9, Albany, NY 12227-0001 |
| 5764693 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2025 18:46:39 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5763149 | + | Email/Text: ebn@vativrecovery.com | Dec 29 2025 18:44:00 | Palisades Collection, Inc., 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 5763150 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 29 2025 18:44:00 | Pennsylvania Dep't of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0946 |
| 5769004 | | Email/Text: bnc-quantum@quantum3group.com | Dec 29 2025 18:44:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5767275 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 29 2025 18:44:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

| | | | |
|---|---|---|---|
| 5763151 | Email/Text: enotifications@santanderconsumerusa.com | Dec 29 2025 18:44:00 | Santander Consumer USA, Attn: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |
| 5763152 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 29 2025 18:44:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2025         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brenda Sue Bishop | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov ARC-Court-MiddleDistrict@attorneygeneral.gov |
| J. Zac Christman | on behalf of Debtor 1 David Todd Jaeder zac@jzacchristman.com office@fisherchristman.com;JZacChristmanEsquire@jubileebk.net |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 Home Equity Loan Pass-Through Certificates, Series 2000-LB1 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| David Todd Jaeder,<br>**Debtor 1** | Chapter 13<br><br>Case No. 5:25−bk−03434−MJC |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: February 9, 2026<br><br>Time: 11:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 29, 2025 |

ntnew341 (09/23)