

WDF Inc.
30 North MacQuesten Pkwy
Mount Vernon NY 10550-1841

| Number | Employee Name | Trade | Pay Class | Begin Date | End Date | Check Date | Check |
|---|---|---|---|---|---|---|---|
| 130252 | Jaeder, David Todd | Fork Lift/Hoist | Hourly | 11/5/2025 | 11/11/2025 | 11/14/2025 | 2226580 |

## Earnings

| Description | Hours | Rate | Current Amt | YTD Amt |
|---|---|---|---|---|
| Regular | | | | 35,307.52 |
| Doubletime | 7.00 | 144.920 | 1,014.44 | 29,740.91 |
| UHoliday Frg | | | | 176.44 |
| ANN VOL DT | | | 63.00 | 522.00 |
| DEFENSE DT | | | 1.40 | 35.60 |
| DEFENSEREG | | | | 39.20 |
| DUES | | | 34.72 | 1,821.96 |
| VACATION | | | | 2,853.00 |

## Deductions

| Description | Current Amt | YTD Amt |
|---|---|---|
| ---------- Gross ---------- | 1,014.44 | 65,224.87 |
| Federal Income Tax | | |
| Federal FICA Withheld | 69.04 | 572.05 |
| Federal Medicare Withheld | 16.15 | 133.79 |
| NEW YORK WH | 49.89 | 423.36 |
| NEW YORK EMPLOYEE PFL | | |
| NEW YORK SDI EE | | |
| POCONO TWP Withholding | 5.57 | 46.13 |

Total Current Deductions: $140.65
Total Current Net Pay: $873.79

| | Current | Taken | Available |
|---|---|---|---|
| Current Vacation Balance: | | | |
| Current Sick Balance: | | | |



**WDF Inc.**
30 North MacQuesten Pkwy
Mount Vernon NY 10550-1841

| Number | Employee Name | Trade | Pay Class | Begin Date | End Date | Check Date | Check |
|---|---|---|---|---|---|---|---|
| 130252 | Jaeder, David Todd | Fork Lift/Hoist | Hourly | 11/12/2025 | 11/18/2025 | 11/20/2025 | 2228470 |

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current Amt | YTD Amt | Description | Current Amt | YTD Amt |
| Regular | | | | 35,307.52 | ---------- Gross ---------- | 724.60 | 65,949.47 |
| Doubletime | 5.00 | 144.920 | 724.60 | 30,465.51 | Federal Income Tax | | |
| UHoliday Frg | | | | 176.44 | Federal FICA Withheld | 49.32 | 621.37 |
| ANN VOL DT | | | 45.00 | 567.00 | Federal Medicare Withheld | 11.53 | 145.32 |
| DEFENSE DT | | | 1.00 | 36.60 | NEW YORK WH | 32.39 | 455.75 |
| DEFENSEREG | | | | 39.20 | NEW YORK EMPLOYEE PFL | | |
| DUES | | | 24.80 | 1,846.76 | NEW YORK SDI EE | | |
| VACATION | | | | 2,853.00 | POCONO TWP Withholding | 3.98 | 50.11 |

Total Current Deductions: $97.22
Total Current Net Pay: $627.38

| | Current | Taken | Available |
|---|---|---|---|
| Current Vacation Balance: | | | |
| Current Sick Balance: | | | |

## Paystub 2066540

**WINCO CORPORATION**

| HOURS REGULAR | HOURS OVERTIME | RATE | EARNINGS REGULAR | EARNINGS OVERTIME | OTHER PAY BASIS | OTHER PAY RATE | OTHER PAY AMOUNT | DESCRIPTION | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| 16.00 | | 97.79 | 1564.64 | | 16.00 | | 72.00 | VOLUNT | 11-12 to 11-18-25 |
| | | | | | 16.00 | | 39.68 | UNION | |
| | | | | | 16.00 | | 1.60 | DEF IO | 2066540 |

**TOTAL PAY: 1677.92**

### DEDUCTIONS THIS PERIOD

| MED | 24.33 | SOC | 104.03 | NYSWH | 81.30 | DEF IO | 1.60 | LMCTF | 4.00 |
| UN I/O | 39.68 | VA I/O | 72.00 | | | | | | |

**TOTAL DEDUCTIONS: 326.94**

### EMPLOYEE INFORMATION
DAVID T JAEDER
XXX-XX-9656   JAEDDA01

### YEAR-TO-DATE TOTALS
| GROSS | 103825.18 | FICA | 7942.63 | SDI | .00 |
| FWH | 8974.57 | SWH | 5909.58 | CITY | .00 |

**NET PAY: 1350.98**

---

## Paystub 2066541

**WINCO CORPORATION**

| HOURS REGULAR | HOURS OVERTIME | RATE | EARNINGS REGULAR | EARNINGS OVERTIME | OTHER PAY BASIS | OTHER PAY RATE | OTHER PAY AMOUNT | DESCRIPTION | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| 24.00 | | 72.46 | 1739.04 | | 40.00 | | 180.00 | VOLUNT | 11-12 to 11-18-25 |
| | 8.00 | 144.92 | | 1159.36 | 40.00 | | 4.00 | DEFENS | |
| | | | | | 40.00 | | 99.20 | DUES | 2066541 |

**TOTAL PAY: 3181.60**

### DEDUCTIONS THIS PERIOD

| FWH | 326.03 | MED | 46.13 | SOC | 197.26 | NYSWH | 189.57 | DEFI/O | 4.00 |
| DUES | 99.20 | LMCTIO | 10.00 | VA I/O | 180.00 | | | | |

**TOTAL DEDUCTIONS: 1052.19**

### EMPLOYEE INFORMATION
DAVID T JAEDER
XXX-XX-9656   JAEDDA01

### YEAR-TO-DATE TOTALS
| GROSS | 107006.78 | FICA | 8186.02 | SDI | .00 |
| FWH | 9300.60 | SWH | 6099.15 | CITY | .00 |

**NET PAY: 2129.41**

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS

## WINCO CORPORATION — 2066771

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 16.00 | | 97.79 | 1564.64 | | 16.00 | | 72.00 | VOLUNT | 11-19 to |
| | | | | | 16.00 | | 39.68 | UNION | 11-25-25 |
| | | | | | 16.00 | | 1.60 | DEF IO | |

2066771

TOTAL PAY: 1677.92

### DEDUCTIONS THIS PERIOD

| MED | 24.33 | SOC | 104.03 | NYSWH | 81.30 | DEF IO | 1.60 | LMCTF | 4.00 |
| UN I/O | 39.68 | VA I/O | 72.00 | | | | | | |

TOTAL DEDUCTIONS: 326.94

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

DAVID T JAEDER
XXX-XX-9656  JAEDDA01

| GROSS | 108684.70 | FICA | 8314.38 | SDI | .00 |
| FWH | 9300.60 | SWH | 6180.45 | CITY | .00 |

NET PAY: 1350.98

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS

---

## WINCO CORPORATION — 2066772

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 24.00 | | 72.46 | 1739.04 | | 40.00 | | 180.00 | VOLUNT | 11-19 to |
| | 8.00 | 144.92 | | 1159.36 | 40.00 | | 4.00 | DEFENS | 11-25-25 |
| | | | | | 40.00 | | 99.20 | DUES | |

2066772

TOTAL PAY: 3181.60

### DEDUCTIONS THIS PERIOD

| FWH | 326.03 | MED | 46.13 | SOC | 197.26 | NYSWH | 189.57 | DEFI/O | 4.00 |
| DUES | 99.20 | LMCTIO | 10.00 | VA I/O | 180.00 | | | | |

TOTAL DEDUCTIONS: 1052.19

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

DAVID T JAEDER
XXX-XX-9656  JAEDDA01

| GROSS | 111866.30 | FICA | 8557.77 | SDI | .00 |
| FWH | 9626.63 | SWH | 6370.02 | CITY | .00 |

NET PAY: 2129.41

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CO. | FILE | DEPT. | CLOCK NUMBER | 020 | | | |
| CXE | 002259 | 100FIE | 0025919720 | 1 | | | |

SEQ 000052

NYC CONSTRUCTORS LLC
110 EAST 42ND ST SUITE 610
NEW YORK, NY 10017
212-444-1044

# Earnings Statement

**ADP**

Period Beginning: 11/15/2025
Period Ending: 11/21/2025
Pay Date: 11/26/2025

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 8
  NY: 8

DAVID JAEDER
272 SYCAMORE DR
E. STROUDSBURG PA 18301

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Dbl Time | 110.5600 | 2.00 | 221.12 | 221.12 |
| Union Fringe | | | 26.72 | 26.72 |
| **Gross Pay** | | | **$247.84** | 247.84 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | | -15.37 | 15.37 |
| Medicare Tax | | -3.59 | 3.59 |
| Other | | | |
| Vacation Fnd | | -26.72 | 26.72 |
| **Net Pay** | | **$202.16** | |
| **Net Check** | | **$202.16** | |

Your federal taxable wages this period are $247.84

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Annuity | 42.00 | 42.00 |
| Appr Train Pgrm | 4.00 | 4.00 |
| Labor Mgmt Fund | 1.00 | 1.00 |
| Pension | 11.90 | 11.90 |
| Welfare | 44.20 | 44.20 |
| Totl Hrs Worked | 2.00 | |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 212-444-1044

BASIS OF PAY: HOURLY

YOUR HOURLY RATE HAS BEEN CHANGED FROM 60.8400 TO 55.2800.

© 1998, 2006, ADP, INC All Rights Reserved.



**WDF Inc.**
30 North MacQuesten Pkwy
Mount Vernon NY 10550-1841

| Number | Employee Name | Trade | Pay Class | Begin Date | End Date | Check Date | Check |
|---|---|---|---|---|---|---|---|
| 130252 | Jaeder, David Todd | Fork Lift/Hoist | Hourly | 10/15/2025 | 10/21/2025 | 10/23/2025 | 2220372 |

### Earnings

| Description | Hours | Rate | Current Amt | YTD Amt |
|---|---|---|---|---|
| Regular | | | | 35,307.52 |
| Doubletime | 4.00 | 144.920 | 579.68 | 25,538.23 |
| UHoliday Frg | | | | 176.44 |
| ANN VOL DT | | | 36.00 | 261.00 |
| DEFENSE DT | | | 0.80 | 29.80 |
| DEFENSEREG | | | | 39.20 |
| DUES | | | 19.84 | 1,678.12 |
| VACATION | | | | 2,853.00 |

### Deductions

| Description | Current Amt | YTD Amt |
|---|---|---|
| ---------- Gross ---------- | 579.68 | 61,022.19 |
| Federal Income Tax | | |
| Federal FICA Withheld | 39.46 | 286.03 |
| Federal Medicare Withheld | 9.22 | 66.89 |
| NEW YORK WH | | |
| NEW YORK EMPLOYEE PFL | 23.64 | 209.49 |
| NEW YORK SDI EE | | |
| POCONO TWP Withholding | 3.18 | 23.06 |

**Total Current Deductions:** $75.50
**Total Current Net Pay:** $504.18

| | Current | Taken | Available |
|---|---|---|---|
| Current Vacation Balance: | | | |
| Current Sick Balance: | | | |



**WDF Inc.**
30 North MacQuesten Pkwy
Mount Vernon NY 10550-1841

| Number | Employee Name | Trade | Pay Class | Begin Date | End Date | Check Date | Check |
|---|---|---|---|---|---|---|---|
| 130252 | Jaeder, David Todd | Fork Lift/Hoist | Hourly | 10/8/2025 | 10/14/2025 | 10/16/2025 | 2218427 |

## Earnings

| Description | Hours | Rate | Current Amt | YTD Amt |
|---|---|---|---|---|
| Regular | | | | 35,307.52 |
| Doubletime | 12.00 | 144.920 | 1,739.04 | 24,958.55 |
| UHoliday Frg | | | | 176.44 |
| ANN VOL DT | | | 108.00 | 225.00 |
| DEFENSE DT | | | 2.40 | 29.00 |
| DEFENSEREG | | | | 39.20 |
| DUES | | | 59.52 | 1,658.28 |
| VACATION | | | | 2,853.00 |

## Deductions

| Description | Current Amt | YTD Amt |
|---|---|---|
| ---------- Gross ---------- | 1,739.04 | 60,442.51 |
| Federal Income Tax | | |
| Federal FICA Withheld | 118.35 | 246.57 |
| Federal Medicare Withheld | 27.68 | 57.67 |
| NEW YORK WH | 94.82 | 185.85 |
| NEW YORK EMPLOYEE PFL | | |
| NEW YORK SDI EE | | |
| POCONO TWP Withholding | 9.54 | 19.88 |

Total Current Deductions: $250.39
Total Current Net Pay: $1,488.65

| | Current | Taken | Available |
|---|---|---|---|
| Current Vacation Balance: | | | |
| Current Sick Balance: | | | |

---

**DOCUMENT IS PRINTED ON CHEMICALLY REACTIVE PAPER - THE BACK OF THIS DOCUMENT INCLUDES A TAMPER EVIDENT CHEMICAL WASH WARNING BOX**

**WDF**

Tutor Perini Corporation
15901 Olden Street
Sylmar CA 91342
818-408-5767

M&T Bank
Manufacturers and Traders Trust Co
Commercial Banking

10/16/2025    2218427

10-4
220

ONE THOUSAND FOUR HUNDRED EIGHTY EIGHT AND 65/100****************************************   $*****1,488.65

PAY TO THE ORDER OF
DAVID TODD JAEDER
272 SYCAMORE DRIVE
EAST STROUDSBURG PA 183018236

Memo: WDF  Klueg, John T.

Authorized Signature

3673

## VINCO CORPORATION — 2065438

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 32.00 | | 97.79 | 3129.28 | | 48.00 | | 216.00 | VOLUNT | 10-08 to |
| | 8.00 | 195.58 | | 1564.64 | 48.00 | | 119.04 | UNION | 10-14-25 |
| | | | | | 48.00 | | 4.80 | DEF IO | |

2065438

TOTAL PAY: 5033.76

### DEDUCTIONS THIS PERIOD

| FWH | 846.63 | MED | 72.98 | SOC | 312.09 | NYSWH | 343.75 | DEF IO | 4.80 |
| LMCTF | 12.00 | UN I/O | 119.04 | VA I/O | 216.00 | | | | |

TOTAL DEDUCTIONS: 1927.29

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

DAVID T JAEDER    GROSS 84400.34  FICA 6456.62  SDI .00
XXX-XX-9656  JAEDDA01  FWH 8051.40  SWH 4875.97  CITY .00

NET PAY: 3106.47

---

## VINCO CORPORATION — 2065214

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 16.00 | | 72.46 | 1159.36 | | 26.00 | | 117.00 | VOLUNT | 10-01 to |
| | 5.00 | 144.92 | | 724.60 | 26.00 | | 2.60 | DEFENS | 10-07-25 |
| | | | | | 26.00 | | 64.48 | DUES | |

2065214

TOTAL PAY: 2068.04

### DEDUCTIONS THIS PERIOD

| FWH | 62.93 | MED | 29.99 | SOC | 128.22 | NYSWH | 105.35 | DEFI/O | 2.60 |
| DUES | 64.48 | LMCTIO | 6.50 | VA I/O | 117.00 | | | | |

TOTAL DEDUCTIONS: 517.07

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

DAVID T JAEDER    GROSS 79366.58  FICA 6071.55  SDI .00
XXX-XX-9656  JAEDDA01  FWH 7204.77  SWH 4532.22  CITY .00

NET PAY: 1550.97

---

## WINCO CORPORATION — 2065213

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 24.00 | | 97.79 | 2346.96 | | 24.00 | | 108.00 | VOLUNT | 10-01 to |
| | | | | | 24.00 | | 59.52 | UNION | 10-07-25 |
| | | | | | 24.00 | | 2.40 | DEF IO | |

2065213

TOTAL PAY: 2516.88

### DEDUCTIONS THIS PERIOD

| FWH | 166.49 | MED | 36.50 | SOC | 156.05 | NYSWH | 138.91 | DEF IO | 2.40 |
| LMCTF | 6.00 | UN I/O | 59.52 | VA I/O | 108.00 | | | | |

TOTAL DEDUCTIONS: 673.87

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

DAVID T JAEDER    GROSS 77298.54  FICA 5913.34  SDI .00
XXX-XX-9656  JAEDDA01  FWH 7141.84  SWH 4426.87  CITY .00

NET PAY: 1843.01



WDF Inc.
30 North MacQuesten Pkwy
Mount Vernon NY 10550-1841

| Number | Employee Name | Trade | Pay Class | Begin Date | End Date | Check Date | Check |
|---|---|---|---|---|---|---|---|
| 130252 | Jaeder, David Todd | Fork Lift/Hoist | Hourly | 10/1/2025 | 10/7/2025 | 10/9/2025 | 2216428 |

### Earnings

| Description | Hours | Rate | Current Amt | YTD Amt |
|---|---|---|---|---|
| Regular |  |  |  | 35,307.52 |
| Doubletime | 8.00 | 144.920 | 1,159.36 | 23,219.51 |
| UHoliday Frg |  |  |  | 176.44 |
| ANN VOL DT |  |  | 72.00 | 117.00 |
| DEFENSE DT |  |  | 1.60 | 26.60 |
| DEFENSEREG |  |  |  | 39.20 |
| DUES |  |  | 39.68 | 1,598.76 |
| VACATION |  |  |  | 2,853.00 |

### Deductions

| Description | Current Amt | YTD Amt |
|---|---|---|
| ---------- Gross ---------- | 1,159.36 | 58,703.47 |
| Federal Income Tax |  |  |
| Federal FICA Withheld | 78.91 | 128.22 |
| Federal Medicare Withheld | 18.46 | 29.99 |
| NEW YORK WH | 58.64 | 91.03 |
| NEW YORK EMPLOYEE PFL |  |  |
| NEW YORK SDI EE |  |  |
| POCONO TWP Withholding | 6.36 | 10.34 |

Total Current Deductions: $162.37
Total Current Net Pay: $996.99

|  | Current | Taken | Available |
|---|---|---|---|
| Current Vacation Balance: |  |  |  |
| Current Sick Balance: |  |  |  |

---

DOCUMENT IS PRINTED ON CHEMICALLY REACTIVE PAPER - THE BACK OF THIS DOCUMENT INCLUDES A TAMPER EVIDENT CHEMICAL WASH WARNING BOX



Tutor Perini Corporation
15901 Olden Street
Sylmar CA 91342
818-408-5767

M&T Bank
Manufacturers and Traders Trust Co
Commercial Banking

10/9/2025      2216428

10-4
220

NINE HUNDRED NINETY SIX AND 99/100************************************************************     $*******996.99

PAY TO THE      DAVID TODD JAEDER
ORDER OF        272 SYCAMORE DRIVE
                EAST STROUDSBURG PA 183018236

Memo     WDF  Klueg, John T.

Authorized Signature





**WDF Inc.**
30 North MacQuesten Pkwy
Mount Vernon NY 10550-1841

| Number | Employee Name | Trade | Pay Class | Begin Date | End Date | Check Date | Check |
|---|---|---|---|---|---|---|---|
| 130252 | Jaeder, David Todd | Fork Lift/Hoist | Hourly | 9/24/2025 | 9/30/2025 | 10/2/2025 | 2214492 |

### Earnings

| Description | Hours | Rate | Current Amt | YTD Amt |
|---|---|---|---|---|
| Regular | | | | 35,307.52 |
| Doubletime | 5.00 | 144.920 | 724.60 | 22,060.15 |
| UHoliday Frg | | | | 176.44 |
| ANN VOL DT | | | 45.00 | 45.00 |
| DEFENSE DT | | | 1.00 | 25.00 |
| DEFENSEREG | | | | 39.20 |
| DUES | | | 24.80 | 1,559.08 |
| VACATION | | | | 2,853.00 |

### Deductions

| Description | Current Amt | YTD Amt |
|---|---|---|
| ---------- Gross ---------- | 724.60 | 57,544.11 |
| Federal Income Tax | | |
| Federal FICA Withheld | 49.31 | 49.31 |
| Federal Medicare Withheld | 11.53 | 11.53 |
| NEW YORK WH | 32.39 | 32.39 |
| NEW YORK EMPLOYEE PFL | | |
| NEW YORK SDI EE | | |
| POCONO TWP Withholding | 3.98 | 3.98 |

Total Current Deductions: $97.21
Total Current Net Pay: $627.39

Current    Taken    Available

Current Vacation Balance:
Current Sick Balance:

---

DOCUMENT IS PRINTED ON CHEMICALLY REACTIVE PAPER - THE BACK OF THIS DOCUMENT INCLUDES A TAMPER EVIDENT CHEMICAL WASH WARNING BOX

**WDF**

Tutor Perini Corporation
15901 Olden Street
Sylmar CA 91342
818-408-5767

M&T Bank
Manufacturers and Traders Trust Co
Commercial Banking

10/2/2025    2214492

10-4
220

SIX HUNDRED TWENTY SEVEN AND 39/100************************************************************    $*******627.39

PAY TO THE ORDER OF
DAVID TODD JAEDER
272 SYCAMORE DRIVE
EAST STROUDSBURG PA 183018236

Memo   WDF  Klueg, John T.

Authorized Signature

