UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DAVID TODD JAEDER, | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | CASE NO. 5:25-BK-03434-MJC |
| | : | |
| DAVID TODD JAEDER, | : | |
| Respondent | : | |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 9th day of February 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

   a. Insufficient Monthly Net Income as indicated on Schedules I and J.
   b. The Plan proposes unrealistic and speculative step payments, contrary to § 1325(a)(6).

2. Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:

   a. Debtor(s) has not provided to Trustee copies of the 2024 and 2025 federal income tax returns as required by § 521(e)(2)(A).

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor(s)' Plan.
   b. Dismiss or convert Debtor(s)' case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097
BY: /s/ Agatha R. McHale
Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 9th day of February 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:


J ZAC CHRISTMAN ESQUIRE
J ZAC CHRISTMAN LAW
538 MAIN ST, SUITE 102
STROUDSBURG, PA 18360-


/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee