In re:

David Todd Jaeder

    Debtor

Case No. 25-03434-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5

Date Rcvd: Feb 09, 2026

User: AutoDocke

Form ID: ntcnfhrg

Page 1 of 2

Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Todd Jaeder, 272 Sycamore Drive, East Stroudsburg, PA 18301-8236 |
| 5777262 | | LEHIGH VALLEY HEALTH NETWORK, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2026 18:52:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 5763141 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2026 19:00:31 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5779435 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 09 2026 18:52:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5775764 | | Email/Text: bankruptcy@glsllc.com | Feb 09 2026 18:51:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 5763142 | | Email/Text: bankruptcy@glsllc.com | Feb 09 2026 18:51:00 | Global Lending Services, LLC, 1200 Brookfield Blvd Ste 300 Suite 300, Greenville, SC 29607 |
| 5763143 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 09 2026 18:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5763144 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2026 18:52:00 | Jefferson Capital Systems, LLC, 200 14th Avenue E, Sartell, MN 56377-4500 |
| 5765271 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2026 19:00:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5763147 | | Email/Text: ml-ebn@missionlane.com | Feb 09 2026 18:51:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30304 |
| 5763145 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2026 19:00:31 | Merrick Bank, PO Box 9201, 10705 S Jordan Gtwy Suite 20, Old Bethpage, NY 11804-9001 |
| 5763146 | | Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2026 18:52:00 | Midland Credit Management, Inc., 320 East Big Beaver Road Suite 300, Troy, MI 48083-1271 |
| 5763148 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Feb 09 2026 18:52:00 | NYS Department of Taxation and Finance, ATTN: Office of Counsel, W A Harriman Campus Building 9, Albany, NY 12227-0001 |
| 5764693 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2026 19:00:22 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5763149 | + | Email/Text: ebn@vativrecovery.com | Feb 09 2026 18:52:00 | Palisades Collection, Inc., 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 5763150 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2026 18:52:00 | Pennsylvania Dep't of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA |

| | | | | |
|---|---|---|---|---|
| | | | | 17128-0946 |
| 5769004 | | Email/Text: bnc-quantum@quantum3group.com | Feb 09 2026 18:52:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5767275 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 09 2026 18:52:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5763151 | | Email/Text: enotifications@santanderconsumerusa.com | Feb 09 2026 18:52:00 | Santander Consumer USA, Attn: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |
| 5763152 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 09 2026 18:52:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 5774763 | | Email/PDF: ebn_ais@aisinfo.com | Feb 09 2026 19:00:27 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026       Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brenda Sue Bishop | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov ARC-Court-MiddleDistrict@attorneygeneral.gov |
| J. Zac Christman | on behalf of Debtor 1 David Todd Jaeder zac@jzacchristman.com office@fisherchristman.com;JZacChristmanEsquire@jubileebk.net |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for the Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 Home Equity Loan Pass-Through Certificates, Series 2000-LB1 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David Todd Jaeder,

**Debtor 1**

Chapter        13

Case No.        5:25−bk−03434−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 12, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 19, 2026 Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 9, 2026 |

ntcnfhrg (08/21)