United States Bankruptcy Court

Middle District of Pennsylvania

In re:

David Todd Jaeder

    Debtor

Case No. 25-03434-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 2

Date Rcvd: Feb 09, 2026        Form ID: pdf002        Total Noticed: 22

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Todd Jaeder, 272 Sycamore Drive, East Stroudsburg, PA 18301-8236 |
| 5777262 | | LEHIGH VALLEY HEALTH NETWORK, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2026 18:52:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 5763141 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2026 19:00:20 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5779435 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 09 2026 18:52:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5775764 | | Email/Text: bankruptcy@glsllc.com | Feb 09 2026 18:51:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 5763142 | | Email/Text: bankruptcy@glsllc.com | Feb 09 2026 18:51:00 | Global Lending Services, LLC, 1200 Brookfield Blvd Ste 300 Suite 300, Greenville, SC 29607 |
| 5763143 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 09 2026 18:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5763144 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2026 18:52:00 | Jefferson Capital Systems, LLC, 200 14th Avenue E, Sartell, MN 56377-4500 |
| 5765271 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2026 19:00:26 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5763147 | | Email/Text: ml-ebn@missionlane.com | Feb 09 2026 18:51:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30304 |
| 5763145 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2026 19:00:26 | Merrick Bank, PO Box 9201, 10705 S Jordan Gtwy Suite 20, Old Bethpage, NY 11804-9001 |
| 5763146 | | Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2026 18:52:00 | Midland Credit Management, Inc., 320 East Big Beaver Road Suite 300, Troy, MI 48083-1271 |
| 5763148 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Feb 09 2026 18:52:00 | NYS Department of Taxation and Finance, ATTN: Office of Counsel, W A Harriman Campus Building 9, Albany, NY 12227-0001 |
| 5764693 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2026 19:00:22 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5763149 | + | Email/Text: ebn@vativrecovery.com | Feb 09 2026 18:52:00 | Palisades Collection, Inc., 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 5763150 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2026 18:52:00 | Pennsylvania Dep't of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA |

| | | | |
|---|---|---|---|
| | | | 17128-0946 |
| 5769004 | Email/Text: bnc-quantum@quantum3group.com | Feb 09 2026 18:52:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5767275 | + Email/Text: enotifications@santanderconsumerusa.com | Feb 09 2026 18:52:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5763151 | Email/Text: enotifications@santanderconsumerusa.com | Feb 09 2026 18:52:00 | Santander Consumer USA, Attn: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |
| 5763152 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 09 2026 18:52:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 5774763 | Email/PDF: ebn_ais@aisinfo.com | Feb 09 2026 19:00:21 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brenda Sue Bishop | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov ARC-Court-MiddleDistrict@attorneygeneral.gov |
| J. Zac Christman | on behalf of Debtor 1 David Todd Jaeder zac@jzacchristman.com office@fisherchristman.com;JZacChristmanEsquire@jubileebk.net |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 Home Equity Loan Pass-Through Certificates, Series 2000-LB1 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
**DAVID TODD JAEDER,**

Debtors

CHAPTER 13

CASE NO. **5:25-bk-03___**

_X_ ORIGINAL PLAN
___ AMENDED PLAN (Indicate 1st , 2nd , 3rd
     , etc.)
___ Number of Motions to Avoid Liens
___ Number of Motions to Value Collateral

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☑ Included | ☐ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☑ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ☑ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1.      **PLAN FUNDING AND LENGTH OF PLAN.**

   A. **Plan Payments From Future Income**

      1.  To date, the Debtor paid **$ 0** (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is **$ 575,100** , plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 12/2025 | 11/2026 | $ 4,620 | N/A | $ 4,620 | $ 55,440 |
| 12/2026 | 11/2027 | $ 7,120 | N/A | $ 7,120 | $ 85,440 |
| 12/2027 | 11/2028 | $ 9,620 | N/A | $ 9,620 | $ 115,440 |
| 12/2028 | 11/2029 | $ 12,120 | N/A | $ 12,120 | $ 145,440 |
| 12/2025 | 11/2026 | $ 14,445 | N/A | $ 14,445 | $ 173,340 |
| | | | | Total Payments: | $ 575,100 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ( ) Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

(X) Debtor is over median income. Debtor estimates that a minimum of $ **0** must be paid to allowed unsecured creditors in order to comply with the Means Test.

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is **$ 0** . (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

 X  No assets will be liquidated. *If this line is checked, the rest of § 1.B need not be completed or reproduced.*

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** *Check one.*

 X  None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

2

**B. Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

____ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

_X_ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Santander Consumer USA | 2025 Mazda CX-30 | 6448 |
| Global Lending Services | 2025 Mazda CX-90 | 5741 |
| Select Portfolio Servicing | Debtor's Residence at 272 Sycamore Drive, East Stroudsburg, Monroe County, PA | 3578 |

**C. Arrears, including, but not limited to, claims secured by Debtor's principal residence.** *Check one.*

____ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

_X_ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed proof of claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Select Portfolio Servicing | Debtor's Residence | $ 422,921.75 | N/A | $ 422,921.75 |

**D. Other secured claims (conduit payments, claims for which a § 506 valuation is not applicable, etc.)**

_X_ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

**E. Secured claims for which a § 506 valuation is applicable.** *Check one.*

____ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

3

X    Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under § 1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan, Adversary or Other Action |
|---|---|---|---|---|---|
| Internal Revenue Service | All property of Debtor | $ 40,711 | | $ 48,367.80 | Plan & Objection |
| PA Dep't of Revenue | All property of Debtor | $ 8,360 | | $ 9,932.40 | Plan & Objection |

**F. <u>Surrender of Collateral</u>.** *Check one.*

 X    None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

**G. <u>Lien Avoidance</u>.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

 X    None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

**3.     PRIORITY CLAIMS.**

**A. <u>Administrative Claims</u>**

1. <u>Trustee's Fees</u>.  Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. <u>Attorney's fees</u>. Complete only one of the following options:

   a.  In addition to the retainer of **$ 1,000** already paid by the Debtor, the amount of **$ 4,000** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

4

b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*

  X   None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

**B. <u>Priority Claims (including certain Domestic Support Obligations)</u>.**

Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| **Internal Revenue Services** | **$ 35,601** |
| **New York State Dep't of Finance** | **$ 7,921** |
| **Pennsylvania Dep't of Revenue** | **$ 328** |

**C. <u>Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B)</u>.** *Check one of the following two lines.*

  X   None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

**4. UNSECURED CLAIMS**

**A. <u>Claims of Unsecured Nonpriority Creditors Specially Classified.</u>** *Check one of the following two lines.*

  X   None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

**B. Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

  X   None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

5

Case 5:25-bk-03434-MJC   Doc 3   Filed 11/30/25   Entered 11/30/25 20:58:41   Desc
Main Document    Page 5 of 7
Case 5:25-bk-03434-MJC   Doc 26   Filed 02/11/26   Entered 02/12/26 00:29:15   Desc
Imaged Certificate of Notice    Page 7 of 9

## 6. VESTING OF PROPERTY OF THE ESTATE.

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

___ plan confirmation.
_X_ entry of discharge.
___ closing of case:

## 7. DISCHARGE: (Check one)

(X) The debtor will seek a discharge pursuant to § 1328(a).
( ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

## 8. ORDER OF DISTRIBUTION:

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:

| Level 1 | Adequate protection payments | $ -0- | |
|---|---|---|---|
| Level 2 | Debtor's attorney's fees. | $ 4,000 | |
| Level 3 | Domestic Support Obligations | $ -0- | |
| Level 4 | Priority claims, pro rata | $ 43,850 | |
| Level 5 | Secured claims, pro rata | $ 481,221.95 | |
| Level 6 | Specially classified unsecured claims | $ -0- | |
| Level 7 | General unsecured claims | $ 20.05 | |
| Level 8 | Untimely filed unsecured claims to which the debtor(s) has/have not objected. | $ -0- | |
| | Subtotal | | $ 529,092 |
| | Trustee Commission (Estimated at 8%) | $ 46,008 | |
| | Total | | $ 575,100 |

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.*

## 9. NONSTANDARD PLAN PROVISIONS

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

6

**A.** This Plan contains a 1) chart in Section 8, above, that contains **estimated** distributions to each class of creditors, in addition to all other items required by the Model Plan; and 2) no signature line for a joint debtor as there is none.

Dated:  November 22, 2025          /s/ J. Zac Christman
                                   J. Zac Christman, Esquire, Attorney for Debtor


                                   /s/ David Todd Jaeder
                                   DAVID TODD JAEDER, Debtor


By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

7