UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    :
DAVID TODD JAEDER,                                  :    CHAPTER 13
            Debtor                                  :
                                                    :
    JACK N. ZAHAROPOULOS                             :
    STANDING CHAPTER 13 TRUSTEE                      :    CASE NO.  5-25-bk-03434-MJC
            Movant                                  :
                                                    :
DAVID TODD JAEDER,                                  :
            Respondent                              :

TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, this 15th day of May 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor's Plan for the following reasons:

1.    Trustee avers that Debtor's Plan is not feasible based upon the following:

   a.   Insufficient Monthly Net Income as indicated on Schedules I and J.
   b.   The Plan proposes unrealistic and speculative step payments, contrary to § 1325(a)(6).
   c.   Trustee requests a copy of Debtor's 2025 federal tax return to further substantiate these statements.

2.    Trustee avers that Debtor's Plan cannot be administered due to the lack of the following:

   a.   Debtor has not provided to Trustee a copy of his 2025 federal income tax return as required by § 521(e)(2)(A).
   b.   Debtor has not provided to Trustee pay advices for the months of January through May, 2026.

WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

a. deny confirmation of Debtor's Plan,
b. dismiss or convert Debtor's case, or
c. provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Agatha R. McHale
Attorney for Trustee

2

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 15th day of May 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

J. Zac Christman, Esquire
J. Zac Christman Law
538 Main St, Suite 102
Stroudsburg, Pa 18360
Zac@JZacChristman.Com

<u>/s/Tanya M. Scannelli</u>
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee