**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:   **DAVID TODD JAEDER,** : **Chapter 13**
       Debtor(s), : Case No. **5:25-bk-03434-MJC**

**GLOBAL LENDING SERVICES, LLC,** :
       Movant, : **Motion for**
       v. : **Relief from Stay**
**DAVID TODD JAEDER,** :
**MARYANNE E. SINCLAIR**, Co- Debtor, and :
**JACK N. ZAHAROPOULOS, TRUSTEE,** :
       Respondents, :

**ANSWER TO MOTION OF**
**GLOBAL LENDING SERVICES FOR RELIEF FROM STAY**

AND NOW COMES  Debtor(s) **DAVID TODD JAEDER,** by and through his attorney, J. ZAC CHRISTMAN, ESQUIRE, and in Answer to the Motion of **GLOBAL LENDING SERVICES** for Relief from Stay avers:

1-2.    Admitted.

3.    Denied to the extent the averments of paragraph 3 are other than statements or conclusions of law or misplaced requests for relief.

4.    Admitted.

5.    Denied to the extent the document referenced does not speak for itself.

6.    Denied. There is no mortgage payment. The payment is not $947.10.

7.    Admitted in part and Denied in part. Debtor reasonably believes the January 7, 2026, payment was made. Debtor has not received statements from Movant – ever. Debtor's only option is to pay Movant online. Movant has tendered sufficient payments for the loan to be current. However, while the website indicates payments were made, the funds do not get removed from Debtor's bank account. Customer service is not helpful and indicates they are not allowed to speak with Debtor.

8.    Denied. See response to paragraph 7, above.

9. Denied to the extent the document referenced does not speak for itself. JD Power is an unreliable source of motor vehicle valuations.

10. Denied to the extent the averments of paragraph 10 are other than statements or conclusions of law or misplaced requests for relief. The lack of statements in conjunction with the impact of the bankruptcy case filing and failure of Movant to accept payments via the only method provided to Debtor is the proximate cause of any and all postpetition arrears.

11. Denied to the extent the averments of paragraph 11 are other than statements or conclusions of law or misplaced requests for relief. Movant is not entitled to relief from stay.

12. Denied. Movant should be equitably estopped from such relief due its role in causing the issue. Debtor reasonably believes that an adequate protection order would be more appropriate.

13. Denied to the extent the averments of paragraph 13 are other than statements or conclusions of law or misplaced requests for relief. Movant is not entitled to relief from stay. Movant is not entitled to such relief.

WHEREFORE, Debtor **DAVID TODD JAEDER,** respectfully prays this Honorable Court for an Order than the Motion of **GLOBAL LENDING SERVICES** for Relief from Stay be Denied, or, in the alternative, that relief be Denied conditioned on future direct payments, and for such other and further relief as the Honorable Court deems just and appropriate.

Respectfully Submitted,

 /s/ J. Zac Christman
J. Zac Christman, Esquire
Attorney for Debtor
538 Main Street, Suite 102
Stroudsburg, PA 18360
(570) 234-3960
zac@jzacchristman.com