## LOCAL BANKRUPTCY FORM 9013-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **DAVID TODD JAEDER,** | : | **Chapter 13** |
| Debtor(s), | : | Case No. **5:25-bk-03434-MJC** |
| | | |
| **GLOBAL LENDING SERVICES, LLC,** | : | |
| Movant, | : | **Motion for** |
| v. | : | **Relief from Stay** |
| **DAVID TODD JAEDER,** | : | |
| **MARYANNE E. SINCLAIR**, Co- Debtor, and | : | |
| **JACK N. ZAHAROPOULOS, TRUSTEE,** | : | Document Nos.: 50 & 51 |
| Respondents, | : | |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing.  All requests must be approved by the Court.  Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties).  This is a first request for a continuance.[2]

Reason for the continuance.
Counsel for Respondent is unavailable on July 21, 2026, due to previously scheduled and time-sensitive hearing in Monroe County. Counsel for Movant, Keri Ebeck, Esquire, has concurred in this request to continue, as she is also unavailable due to a scheduling conflict. The shortest possible continuance convenient for the Court is requested. Note: the timing of the continuance is due to Counsel for Respondent being out of state at family reunion.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: July 20, 2026

/s/ J. Zac Christman
_____
Applicant's Signature

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.