UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>DAVID TODD JAEDER<br>Debtor | CHAPTER 13<br><br>CASE NO. 5:25-BK-03434-MJC |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | |
| vs. | |
| DAVID TODD JAEDER<br>Respondent | |

### TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtor's plan for the following reason(s):

1. Trustee avers that Debtor's Plan is not feasible based upon the following: The Plan proposes unrealistic and speculative step payments, contrary to § 1325(a)(6). In addition, Trustee requests verification of Debtor's retirement account(s).

2. Trustee avers that Debtor's Plan cannot be administered due to the lack of the following: Debtor has not provided to Trustee (a) copies of the 2025 federal income tax returns as required by § 521(e)(2)(A). (b) pay stubs for the month(s) of June and July 2026.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

    a.    Deny confirmation of Debtor's plan.
    b.    Dismiss or convert Debtor's case.
    c.    Provide such other relief as is equitable and just.

Dated: July 28, 2026

Respectfully submitted:

/s/ Jack N. Zaharopoulos
_____

Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

J ZAC CHRISTMAN ESQUIRE
J ZAC CHRISTMAN LAW
538 MAIN ST, SUITE 102
STROUDSBURG, PA 18360

Dated: July 28, 2026           /s/ Ashley Schott

                                         Office of Jack N. Zaharopoulos
                                         Standing Chapter 13 Trustee