## LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>David Todd Jaeder<br><br>**Debtor(s)**<br><br>*Global Lending Services LLC*<br><br>**Plaintiff(s)/ Movants**<br><br>**vs.**<br>David Todd Jaeder, and<br>Jack N Zaharopoulos, Trustee<br><br>**Defendant(s)/ Respondent(s)** | **CHAPTER** 13<br>**CASE NO.** 5:25-bk-03434-MJC<br>**ADV. NO.**<br>**NATURE OF PROCEEDING:** Motion for Relief from Stay & Motion for Relief from Co-Debtor Automatic Stay<br>**DOCUMENT No.** 39 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☒ Thirty (30) days.

☐ Forty-five (45) days.

☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: September 9, 2026

/s/ Keri P. Ebeck

Attorney for: Movant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.