United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 25-03434-MJC
David Todd Jaeder Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke 
Date Rcvd: Oct 28, 2026 Form ID: ortext Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Maryanne E Sinclair, 272 Sycamore Drive, East Stroudsburg, PA 18301-8236 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brenda Sue Bishop | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov ARC-Court-MiddleDistrict@attorneygeneral.gov |
| J. Zac Christman | on behalf of Debtor 1 David Todd Jaeder zac@jzacchristman.com office@fisherchristman.com;JZacChristmanEsquire@jubileebk.net |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor Global Lending Services LLC kebeck@metzlewis.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maggie Soboleski | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Asset Backed Securities Corporation Long |

| | |
|---|---|
| | Beach Home Equity Loan Trust 2000-LB1 Home Equity Loan Pass-Through Certificates, Series 2000-LB1 msoboleski@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 Home Equity Loan Pass-Through Certificates, Series 2000-LB1 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Bank N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David Todd Jaeder

**Debtor 1**

Chapter: 13

Case number: 5:25−bk−03434−MJC

## ORDER

Order setting Hearing on the Motion for Relief from Automatic Stay (2025 Mazda CX−90) and the Co−Debtor Stay filed by Global Lending Services, LLC; Answer of the Debtor upon the Request to List Matter for Hearing. IT IS SO ORDERED on 10/13/2026. /s/Mark J. Conway (RE: related document(s)39, [62]). Hearing scheduled for 11/5/2026 at 10:00 AM at Max Rosenn US Courthouse, 197 South Main Street, Courtroom 2, Wilkes−Barre, PA 18701. (Ratchford, Patricia)

Order Text Entries (Form ortext) (2/19)